HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561



FILED

MAR 13 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00006 DAD |
| Plaintiff, | **APPLICATION AND [PROPOSED] ORDER APPOINTING COUNSEL** |
| vs. | |
| WILLIAM RALPH WILSON, | |
| Defendants. | |

Defendant, William Ralph Wilson, Jr., through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for the purpose of seeking early termination of his supervised release.

Mr. Wilson submits the attached Financial Affidavit as evidence of his inability to retain counsel. On August 7, 1991, in the SD/CA, San Diego, Mr. Wilson was charged by Indictment with 18 U.S.C. §§ 922(g)(1), 924(a) & 924(e) ~ Felon in Possession of Firearm; 21 U.S.C. § 841(a)(1) ~ Possession of Methamphetamine with Intent to Distribute; and, 18 U.S.C. § 924(c)(1) ~ Use of Firearm During Commission of Drug Trafficking Crime. On May 6, 1992, Mr. Wilson was convicted of same and sentenced to over 30 years in prison.

On February 10, 2017, Mr. Wilson was granted *Johnson* relief and was resentenced to time-served in custody and five years of supervised release. Mr. Wilson served over twenty-five years in custody, and has successfully completed almost two years of supervision. On January 16, 2018, Transfer of Jurisdiction was received in this district from the SD/CA.

Mr. Wilson is requesting appointment of counsel, and his Financial Affidavit is submitted for the court's consideration.

Dated: March 11, 2018

CHARLES J. LEE
Assistant Federal Defender
Branch Chief, Fresno Office

**ORDER**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

Dated: March 13, 2018

_____
HON. BARBARA A. McAULIFFE
United States Magistrate Judge