McGREGOR W. SCOTT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> WILLIAM RALPH WILSON, <br><br> Defendant. | Case No. 1:18-cr-00006-DAD <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER <br><br> JUDGE: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the status conference scheduled for March 23, 2020, at 2:00 p.m. be continued to **May 4, 2020, at 2:00 p.m.**

                                                  Respectfully submitted,

                                                  MCGREGOR SCOTT
United States Attorney

DATED: March 17, 2020                     */s/ Justin J. Gilio*
                                                  JUSTIN J. GILIO
Assistant United States Attorney
Attorney for Plaintiff


DATED: March 17, 2020                     */s/ Peggy Sasso*
                                                  PEGGY SASSO
Attorney for Defendant William Wilson

# **O R D E R**

**IT IS SO ORDERED** that the status conference currently scheduled for March 23, 2020, at 2:00 p.m. be continued to **May 4, 2020, at 2:00 p.m.** before Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated: __**March 17, 2020**__          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE