McGREGOR W. SCOTT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00006-DAD |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| vs. | JUDGE: Hon. Sheila K. Oberto |
| WILLIAM RALPH WILSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the status conference scheduled for May 4, 2020, at 2:00 p.m. be continued to **June 29, 2020, at 2:00 p.m.**

Respectfully submitted,

MCGREGOR SCOTT
United States Attorney

DATED: April 24, 2020      */s/ Justin J. Gilio*
JUSTIN J. GILIO
Assistant United States Attorney
Attorney for Plaintiff

DATED: April 24, 2020      */s/ Peggy Sasso*
PEGGY SASSO
Attorney for Defendant William Wilson

**O R D E R**

**IT IS SO ORDERED** that the status conference currently scheduled for May 4, 2020, at 2:00 p.m. be continued to **June 29, 2020, at 2:00 p.m.**

IT IS SO ORDERED.

Dated:  **April 27, 2020**                              /s/ *Sheila K. Oberto*
                                                                     UNITED STATES MAGISTRATE JUDGE