HEATHER E. WILLIAMS, #122664
Federal Defender
PEGGY SASSO, #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone:  (559) 487-5561
Fax:   (559) 487-5950

Attorneys for Defendant
WILLIAM RALPH WILSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM RALPH WILSON,<br><br>Defendant. | Case No.  1:18-cr-00006-DAD<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED] ORDER<br><br>Date: August 31, 2020<br>Time: 2:00 p.m. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective

counsel, that the status conference scheduled for June 29, 2020, at 2:00 p.m. be continued to

**August 31, 2020, at 2:00 p.m.** to allow for further defense investigation.  Because this case

involves a pending supervised release petition, no exclusion of time is necessary.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: June 24, 2020          By:     */s/ Justin J. Gilio*
Justin J. Gilio
Assistant United States Attorney
Attorney for Plaintiff

///

///

1                                               HEATHER E. WILLIAMS
                                            Federal Defender

2

3   DATED: June 24, 2020          By:    */s/ Peggy Sasso*
                                            Peggy Sasso

4                                               Assistant Federal Defender
                                            Attorney for Defendant

5                                               William Ralph Wilson

6

7                                            **O R D E R**

8   **IT IS SO ORDERED** that the status conference currently scheduled for June 29, 2020, at 2:00

9   p.m. be continued to August 31, 2020, at 2:00 p.m.

10  IT IS SO ORDERED.

11

12  Dated:   **June 24, 2020**

                                                 UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28