HEATHER E. WILLIAMS, #122664
Federal Defender
PEGGY SASSO, #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
WILLIAM RALPH WILSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM RALPH WILSON,<br><br>Defendant. | Case No. 1:18-cr-00006-DAD<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER<br><br>Date: November 4, 2020<br>Time: 2:00 p.m. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the status conference scheduled for August 31, 2020, at 2:00 p.m. be continued to **November 4, 2020, at 2:00 p.m.** to allow for further defense investigation. Because this case involves a pending supervised release petition, no exclusion of time is necessary.

                                                Respectfully submitted,

                                                McGREGOR W. SCOTT
                                                United States Attorney

DATED: August 25, 2020        By:    */s/ Justin J. Gilio*
                                                    Justin J. Gilio
                                                    Assistant United States Attorney
                                                    Attorney for Plaintiff

///

///

HEATHER E. WILLIAMS
Federal Defender

DATED: August 25, 2020   By:   */s/ Peggy Sasso*
Peggy Sasso
Assistant Federal Defender
Attorney for Defendant
William Ralph Wilson

**O R D E R**

**IT IS SO ORDERED** that the status conference currently scheduled for August 31, 2020, at 2:00 p.m. be continued to **November 4, 2020, at 2:00 p.m. before Magistrate Judge Barbara A. McAuliffe.**

IT IS SO ORDERED.

Dated:   **August 25, 2020**          /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE