HEATHER E. WILLIAMS, #122664
Federal Defender
PEGGY SASSO, #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone:  (559) 487-5561
Fax:   (559) 487-5950

Attorneys for Defendant
WILLIAM RALPH WILSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:18-cr-00006-DAD |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| WILLIAM RALPH WILSON, | Date: January 20, 2021 |
| Defendant. | Time: 2:00 p.m. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the status conference scheduled for November 4, 2020, at 2:00 p.m. be continued to **January 20, 2021, at 2:00 p.m.** to allow for further defense investigation and discussion between the parties.  Because this case involves a pending supervised release petition, no exclusion of time is necessary.

                                                                        Respectfully submitted,

                                                                        McGREGOR W. SCOTT
                                                                        United States Attorney

DATED: October 23, 2020             By:     *s/ Justin J. Gilio*
                                                                        Justin J. Gilio
                                                                        Assistant United States Attorney
                                                                        Attorney for Plaintiff

|||
|---|---|
| | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: October 23, 2020   By: | *s/ Peggy Sasso*<br>Peggy Sasso<br>Assistant Federal Defender<br>Attorney for Defendant<br>William Ralph Wilson |

**O R D E R**

IT IS SO ORDERED that the status conference currently scheduled for November 4, 2020, at 2:00 p.m. be continued to **January 20, 2021, at 2:00 p.m. before Magistrate Judge Stanley A. Boone**.

IT IS SO ORDERED.

Dated:   **October 23, 2020**          /s/ Barbara A. McAuliffe
                                                    UNITED STATES MAGISTRATE JUDGE