HEATHER E. WILLIAMS, #122664
Federal Defender
PEGGY SASSO, #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone:  (559) 487-5561
Fax:   (559) 487-5950

Attorneys for Defendant
WILLIAM RALPH WILSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:18-cr-00006-DAD |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| WILLIAM RALPH WILSON, | Date:   April 28, 2021 |
| Defendant. | Time:  2:00 p.m. |
| | Court: Hon. Barbara A. McAuliffe |

        IT IS HEREBY STIPULATED by and between the parties hereto through their

respective counsel, that the status conference currently scheduled for January 20, 2021, at 2:00

p.m. be continued to April 28, 2021 at 2:00 p.m. to allow for further defense investigation and

discussion between the parties.  Because this case involves a pending supervised release petition,

no exclusion of time is necessary.


                                Respectfully submitted,

                                McGREGOR W. SCOTT
                                United States Attorney


DATED: January 19, 2021        By:      /s/ *Justin J. Gilio*
                                JUSTIN J. GILIO
                                Assistant United States Attorney
                                Attorney for Plaintiff

1
2

HEATHER E. WILLIAMS
Federal Defender

3    DATED: January 19, 2021          By:     /s/ Peggy Sasso
4                                              PEGGY SASSO
                                               Assistant Federal Defender
                                               Attorney for Defendant
5                                              William Ralph Wilson
6
7
8                                     **O R D E R**
9            **IT IS SO ORDERED** that the status conference currently scheduled for January 20,
10   2021, at 2:00 p.m. be continued to April 28, 2021 at 2:00 p.m.
11
     IT IS SO ORDERED.
12
     Dated:   **January 19, 2021**        _____
13
14                                        UNITED STATES MAGISTRATE JUDGE
15
16
17
18
19
20
21
22
23
24
25
26
27
28